# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **WALMART**, who may be served with process by serving the managing member of the corporation, **WALMART**, at **8115 NORTH LOOP, EL PASO, TX 79907** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **243rd Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 19th day of May, 2022 by Attorney at Law, FERNANDO CHACON, 730 HEMPHILL CT, EL PASO, TX 79907, in this case numbered **2022DCV1511** on the docket of said court, and styled:

**FERNANDO CHACON
VS
WALMART**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 5th day of August, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: NORMA FAVELA BARCELEAU  District Clerk
El Paso County, Texas

By: _____, Deputy
      Olga Rios

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

EXHIBIT A

**RETURN**

Came on hand on _____ day of _____, 20_____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|------|------|------|------|------|------|
|      | MONTH | DAY | YEAR | Hour | Min. | ____.M. | From Court House |
|      |       |     |      |      |      |      |      |
|      |       |     |      |      |      |      |      |
|      |       |     |      |      |      |      |      |
|      |       |     |      |      |      |      |      |
|      |       |     |      |      |      |      |      |
|      |       |     |      |      |      |      |      |

And not executed as to the defendant, _____
_____

The diligence used in finding said defendant, being_____
And the cause of failure to execute this process is: _____
And the information received as to the whereabouts of the said defendant, being _____
FEES—SERVING _____ copy _____ $ _____ _____ Sheriff
                                            _____ _____ County, Texas
     Total _____ $ _____ by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____,
_____ on the _____ day of _____,
20_____, at _____ o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent
_____ County, Texas
By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.

(SEAL)

_____
NOTARY PUBLIC, STATE OF TEXAS

Case 3:22-cv-00294-KC   Document 1-1   Filed 08/24/22   Page 3 of 20

El Paso County - 243rd District Court

Filed 5/19/2022 10:07 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1511

NO. _____

| | | |
|---|---|---|
| **FERNANDO CHACON** | § | IN THE DISTRICT COURT |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | _____ **JUDICIAL** |
| | § | **DISTRICT** |
| | § | |
| **WALMART** | § | |
| **Defendant.** | § | OF EL PASO COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Fernando Chacon, hereinafter called Plaintiff, complaining of and about Walmart, hereinafter called Defendant, and for cause of action would show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff, Fernando Chacon, is an Individual whose address is 730 Hemphill, El Paso, Texas 79907.

3. The last three numbers of Fernando Chacon's driver's license number are 035. The last three numbers of Fernando Chacon's social security number are 084.

4. Defendant Walmart, a Corporation based in Texas, is organized under the laws of the State of Texas, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving the Managing Member of the corporation, Walmart, at 8115 North Loop, El Paso, Texas, 79907. Service of said Defendant as described above can be effected by personal delivery.

## JURISDICTION AND VENUE

5.  The subject matter in controversy is within the jurisdictional limits of this court.

6.  Plaintiff seeks:

    a.  only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

7.  This court has jurisdiction over the parties because Defendant is a Texas resident.

8.  Venue in El Paso County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

9.  At all times material hereto, Defendant Walmart was the owner of the premises located at 8115 North Loop Dr., El Paso, Texas 79907.

10. On or about May 26, 2021, Fernando Chacon was an Invitee on property controlled by the Defendant, and was injured under the following circumstances: Employee refused to call manager after Plaintiff asked to speak to the manager, and employee said for Plaintiff to go find the manager. Plaintiff then went and knocked on the door where the manager is located. While knocking on the door, the employee assaulted Plaintiff by grabbing Plaintiff's arm and pulling it back causing Plaintiff great pain on his arm and his foot that had an open wound. The defendant's employee then tried to intimidate Plaintiff and said he was going to call the police to have Plaintiff removed from the premises. The police officer working at Walmart approached Plaintiff in an intimidating fashion along with the Defendant's employee. Plaintiff insisted that the police officer review the video recording of the incident. That was the only reason Plaintiff was not arrested at that time. However, it was obvious that the police officer and

the employee were friends with each other which caused Plaintiff to insist that the police supervisor be present. Later, the police supervisor showed up and informed Plaintiff that he had issued a Class C Misdemeanor offense. All during this time Plaintiff was outside the Walmart surrounded by police officers causing great embarrassment to Plaintiff.

## LIABILITY OF DEFENDANT WALMART

11. At all times mentioned herein, Defendant Walmart owned the property in question, located at 8115 North Loop Dr., El Paso, Texas 79907.

12. At all times mentioned herein, Defendant Walmart had such control over the premises in question that Defendant Walmart owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

13. On or about May 26, 2021, Plaintiff Fernando Chacon was an Invitee on the premises owned by the Defendant when Plaintiff Fernando Chacon was injured as a result of the acts and omissions of the Defendant.

## LIABILITY OF DEFENDANT WALMART
## FOR NEGLIGENT CONDUCT OF ACTIVITY ON THE PREMISES

14. On the date that Fernando Chacon was injured, Defendant was conducting or permitting employees to verbally abuse Plaintiff and deny them a procedure to talk to the manager leading to violence occurring on Defendant's premises.

15. Defendant failed to conduct such activity in a safe and reasonable manner, a manner which created or perpetuated a danger to Fernando Chacon and others, in that Defendant's employee assaulted Plaintiff for seeking a refund and knocking on the door of the manager after the employee had told Plaintiff to look for the manager himself as the employee refused to call manager.

16. Fernando Chacon was injured by or as a result of the negligent conduct of that activity when employee assaulted Plaintiff with the intent to discourage and prevent Plaintiff from seeking information to seek a refund.

17. The negligent, careless, or reckless acts and omissions of Defendant Walmart consisted of one or more of the following:

    A. Defendant failed to provide necessary and proper procedures;

    B. Defendant failed to train guards and other employees in proper safety, security and protection procedures; and

    C. Defendant failed to warn Fernando Chacon of the unsafe condition and danger involved in seeking a refund or asking for the procedure to do so.

## PROXIMATE CAUSE

18. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## EXEMPLARY DAMAGES

19. Defendant Walmart had a specific intent to cause substantial injury or harm to the Plaintiff.

20. Plaintiff would show that on the occasion in question Defendant Walmart made certain representations to Plaintiff with the intention of inducing the Plaintiff to rely upon such representations when Defendant knew such representations were false. Plaintiff would show that Plaintiff relied upon such representations believing them to be true and suffered severe damages as a result.

21. Defendant Walmart's acts or omissions described above, when viewed from the standpoint of Defendant Walmart at the time of the act or omission, involved an extreme degree

of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendant Walmart had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

22. Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant Walmart.

## DAMAGES FOR PLAINTIFF, FENANDO CHACON

23. As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff, Fernando Chacon was caused to suffer embarrassment and mental anguish, and to endure anxiety, pain, and illness resulting in damages more fully set forth below.

24. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Fernando Chacon has incurred the following damages:

   A. Physical pain and suffering in the past;

   B. Mental anguish in the past;

   C. Mental anguish in the future; and

   D. Loss of earnings in the past.

25. By reason of the above, Plaintiff, Fernando Chacon has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Fernando Chacon, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of

the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: ____/S/____ Fernando Chacon
FERNANDO CHACON
Texas Bar No. 04052800
Email: attorney.fchacon@yahoo.com
730 HEMPHILL CT.
EL PASO, TX 79907
Tel. (915) 542-3850
Fax. (915) 542-3871
Attorney for Plaintiff
Fernando Chacon

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

**LAW OFFICE OF FERNANDO CHACON**

**730 HEMPHILL COURT**

**ELPASO, TEXAS 79907**

**915 542 3850**

August 5, 2022

District Clerk

El Paso County, Texas

Dear Gentleperson,

I need citation for the Plaintiffs Original l Petition Cause Number 2022DCV0943. Please send us the citation through this email, attorney.fchacon@yahoo.com. Your immediate attention to this matter is appreciated. The person to be served is Walmart who resides at 8115 North Loop. in El Paso, County Texas, 79907.

*Fernando Chacon*

Fernando Chacon, Esquire

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 67005683
Status as of 8/5/2022 10:36 AM MST

Associated Case Party: Fernando Chacon

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| FERNANDO CHACON | | ATTORNEY.FCHACON@YAHOO.COM | 8/5/2022 10:09:20 AM | SENT |

Copy from re:SearchTX

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO: **WALMART,** who may be served with process by serving the managing member of the corporation, **WALMART,** at **8115 NORTH LOOP, EL PASO, TX 79907** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **243rd Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 19th day of May, 2022 by Attorney at Law, FERNANDO CHACON, 730 HEMPHILL CT, EL PASO, TX 79907, in this case numbered **2022DCV1511** on the docket of said court, and styled:

**FERNANDO CHACON
VS
WALMART**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 5th day of August, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: NORMA FAVELA BARCELEAU District Clerk
El Paso County, Texas

By: _____, Deputy
Olga Rios

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

Copy from re:SearchTX

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|---|---|------|---|---|-----|
|      | MONTH | DAY | YEAR | Hour | Min. | ____.M. | From Court House |
|      |       |     |      |      |      |         |                  |
|      |       |     |      |      |      |         |                  |
|      |       |     |      |      |      |         |                  |
|      |       |     |      |      |      |         |                  |
|      |       |     |      |      |      |         |                  |
|      |       |     |      |      |      |         |                  |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

_____ County, Texas

Total _____ $ _____ by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____ County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

Copy from re:SearchTX

## CAUSE NO. 2022dcv1511

| | | |
|---|---|---|
| FERNANDO CHACON | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, TEXAS |
| | § | |
| WALMART | § | |
| Defendant. | § | 243RD JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Aug 5, 2022, 5:00 pm,**

**CITATION WITH ATTACHED PETITIONER'S ORIGINAL PETITION,**

and was executed at **8115 NORTH LOOP E, El Paso, TX 79907** within the county of **El Paso** at **11:17 AM** on **Mon, Aug 08 2022,** by delivering a true copy to the within named

**WALMART BY DELIVERING TO THE MANAGING MEMBER OF THE CORPORATION ELIZABETH DELGADO OPERATIONS MANAGER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Carolina Hernandez**, my date of birth is **12/28/1975**, and my address is **12380 Edgemere Blvd SUITE 102 PMB116, El Paso, TX 79938,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **EL PASO** County, State of **TX,** on **August 11, 2022.**

Carolina Hernandez
Certification Number: PSC#4085
Certification Expiration: 07/31/2024

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
243rd JUDICIAL DISTRICT COURT

| | | |
|---|---|---|
| FERNANDO CHACON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 2022DCV1511 |
| WAL-MART | § § § | |
| Defendant. | § § | |

### DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant WAL-MART (proper entity being Wal-Mart Stores Texas, LLC) file its Answer to Plaintiff's Original Petition ("Petition"), and in support thereof would respectfully show the Court as follows:

### I.

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies all material allegations contained in Plaintiff's Original Petition and demand strict proof thereof as required by law.

### II.

### JURY DEMAND

Defendant requests trial by jury of twelve persons and reserves the right to amend.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that upon final hearing that it be discharged and allowed to go hence without day and with its costs and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas  79999-1977
Phone:   (915) 532-2000
Telefax: (915) 541-1597
enriquez@mgmsg.com

By: ___/s/ Laura Enriuqez_____
     Laura Enriquez
     State Bar No. 00795790
     Attorneys for Defendant

### CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I certify that on this 23rd day of August 2022, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21 (f)(1), and served electronically to the following counsel of record:

Fernando Chacon
730 Hemphill Ct.
El Paso, Texas 79907
(915) 542-3850
` attorney.fchacon@yahoo.com

     __/s/ Laura Enriquez_____
     Laura Enriquez

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeanette Williams on behalf of Laura Enriquez
Bar No. 00795790
jwilliams@mgmsg.com
Envelope ID: 67569955
Status as of 8/23/2022 4:08 PM MST
Associated Case Party: Fernando Chacon

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| FERNANDO CHACON | | ATTORNEY.FCHACON@YAHOO.COM | 8/23/2022 12:52:48 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeanette Williams on behalf of Laura Enriquez
Bar No. 00795790
jwilliams@mgmsg.com
Envelope ID: 67569955
Status as of 8/23/2022 4:08 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeanette Williams | | jwilliams@mgmsg.com | 8/23/2022 12:52:48 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeanette Williams on behalf of Laura Enriquez
Bar No. 00795790
jwilliams@mgmsg.com
Envelope ID: 67569955
Status as of 8/23/2022 4:08 PM MST
Associated Case Party: WALMART

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Enriquez | | enriquez@mgmsg.com | 8/23/2022 12:52:48 PM | SENT |

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
243rd JUDICIAL DISTRICT

FERNANDO CHACON

vs   Cause No. 2022DCV1511

WALMART

## ORDER SETTING HEARING

The above reference case is **SET** as follows:

| Date | Time | Description |
|---|---|---|
| 08/25/2022 | 9:00 AM | Status Hearing |

Dear Counsel:

The Court requires that counsel appear or that arrangements be made for local counsel to appear. Failure to appear can result in dismissal for want of prosecution.

Proof of service of the motion and notice of the hearing to the defaulting party are required for any default hearings. Failure to provide proof of those documents to the Court at the default hearing will result in the default being denied.

If the above reference case has already been settled, tried or dismissed, please notify the Court Coordinator (Lynda Smigiel: 915/546-2168) upon receipt of this order.

**Signed on this the 23rd day of June, 2022.**

SELENA N. SOLIS, Judge

*IF YOU KNOW OF AN ATTORNEY INVOLVED IN THIS CASE AND NOT LISTED, PLEASE PROVIDE HIM/HER WITH A COPY OF THIS SETTING.*

*Fax:*
FERNANDO CHACON   915-542-3871

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 65735640
Status as of 6/27/2022 8:41 AM MST

Associated Case Party: Fernando Chacon

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| FERNANDO CHACON | | ATTORNEY.FCHACON@YAHOO.COM | 6/23/2022 4:48:45 PM | SENT |

Copy from re:SearchTX